IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **OTIS L. BARNES,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:21-cv-00112-MTT-CHW |
| | : | |
| **Major HARRIS,** *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

**ORDER**

Pending before the Court is Defendants' motion of summary judgment (Doc. 38). In support of the motion, Defendants attached redacted portions of Plaintiff's treatment records as Exhibit A1. (Doc. 38-4). Although the records are apparently redacted for purposes of protecting Plaintiff's privacy on the Court's public docket, the effect of the redaction is that the records have also been hidden from the Court. Therefore, if Defendants wish these records to be considered as part of their motion for summary judgment, an unredacted version of Exhibit A1 needs to be filed under seal.

Defendants are hereby **ORDERED** to file an unredacted version of Exhibit A1 under seal as soon as possible, but no later than July 21, 2023.

**SO ORDERED**, this 14th day of July, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1