IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OTIS L. BARNES, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-112 (MTT) |
| | * |
| Major HARRIS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 6, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in Defendants' favor.

This 7th day of September, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk